```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| NORRIS TURNER,<br><br>            Petitioner,<br><br>     v.<br><br>WARDEN JORDAN HOLLINGSWORTH,<br><br>            Respondent. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 14-4364 (JBS)<br><br>**ORDER** |

This matter having come before the Court on Petitioner's pro se Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241; and the Court having considered the Petitioner's submissions; and for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this **11th** day of **June**, **2015,** hereby

ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that Petitioner's motions to compel and answer (Docket Entry 3) and for Default Judgment (Docket Entry 4) are DISMISSED AS MOOT; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of the Opinion and Order on Petitioner by regular mail.

 **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge